

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00027-CR

**MICHELLE LYNN REAVES,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

**From the 272nd District Court
Brazos County, Texas
Trial Court No. 17-04266-CRF-272**

## MEMORANDUM  OPINION

Appellant Michelle Lynn Reaves has filed a motion to dismiss this appeal.  *See* TEX.

R. APP. P. 42.2(a).  We have not issued a decision in this appeal.  Reaves and her counsel

have signed the motion.  The motion is therefore granted, and the appeal is dismissed.

Counsel's motion to withdraw from representation of Reaves is dismissed as moot.


                                        REX D. DAVIS
                                        Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Dismissed
Opinion delivered and filed August 12, 2020
Do not publish
[CR25]

